IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KAMISHA WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-2104-KHV |
| | ) |
| DAIMLERCHRYSLER SERVICES | ) |
| NORTH AMERICA, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

WHEREAS the parties have entered a Stipulation for Dismissal (**Doc. 67**) in this action, it is hereby ORDERED that the above-entitled action is dismissed with prejudice, each party to bear its own costs.

Dated:  August 19, 2005

                                                s/ Kathryn H. Vratil_____
                                                Kathryn H. Vratil, U.S. District Judge